

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| See Attachment | Civil Action No.  25cv2650-LL-DEB |
| **Plaintiff,** V. | |
| See Attachment | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Petitioners' Petition for Writ of Habeas Corpus is GRANTED. The Petitioners' Application for Temporary Restraining Order is DENIED AS MOOT. Respondents shall provide Petitioners with individualized bond hearings before an immigration judge pursuant to 8 U.S.C. § 1226(a) within seven (7) days of the date of this order. At any such hearing, Respondents SHALL NOT deny Petitioners bond on the basis that 8 U.S.C. § 1225(b)(2) requires mandatory detention.

Date:      11/4/25

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ B. Chandler

B. Chandler, Deputy

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

Civil Action No.   25cv2650-LL-DEB

Petitioners:

Carmelo Beltran; Victorino Carreno Ramirez; Diego Edmilson Mejia Chivalan; Marino Flores Perez

Respondents:

Kristi Noem, Secretary, U.S. Department of Homeland Security; Pamela Bondi, U.S. Attorney General; Todd Lyons, Acting Director, Immigration and Customs Enforcement; Gregory J. Archambeault, Director, San Diego Field Office, Immigration and Customs Enforcement, Enforcement and Removal Operations; Jeremy Casey, Warden, Imperial Regional Detention Facility; Christopher J. LaRose, Warden, Otay Mesa Detention Center; Executive Office for Immigration Review; Immigration and Customs Enforcement; Department of Homeland Security